**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BRADLEY BROWN**                                                                                              **PLAINTIFF**

**V.**                             **NO. 1:16CV139-M-S**

**MONROE COUNTY SHERIFF'S DEPARTMENT, ET AL**        **DEFENDANTS**

**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 29th day of November, 2017.

                                                     **/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**